Certificate Number: 17082-PAE-DE-035718451

Bankruptcy Case Number: 21-11438



17082-PAE-DE-035718451

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2021, at 10:13 o'clock AM MST, KATHLEEN M LAMBERT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 31, 2021               By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director