United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kathleen M Lambert  
    Debtor

Case No. 21-11438-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 16, 2021      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kathleen M Lambert, 961 E Union St, Allentown, PA 18109-2660 |
| 14609345 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14609346 | | CBALV/ People First FCU, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14612532 | + | Freedom Mortgage Corporation, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14618735 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14609350 | | Jeff Lambert, 961 E Union St, Allentown, PA 18109-2660 |
| 14621674 | + | PEOPLE FIRST CU, Ra Rogers Inc, Po Box 3302, Crofton, MD 21114-0302 |
| 14621244 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14609353 | | Roundpoint Mortgage, Attn: Correspondences, PO Box 19409, Charlotte, NC 28219-9409 |
| 14609359 | + | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14609360 | | THD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14609361 | + | Valley National Bank, 1445 Valley Rd, Wayne, NJ 07470-8438 |
| 14614993 | + | Valley National Bank, PO Box 953, Wayne, NJ 07474-0953 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14609344 | | Email/Text: legal@arsnational.com | Sep 16 2021 23:37:00 | ARS National Services, 201 W Grand Ave, Escondido, CA 92025-2603 |
| 14609347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2021 23:52:26 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14610213 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 16 2021 23:37:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14609348 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 16 2021 23:37:00 | Credit Acceptance Corporation, PO Box 513, Southfield, MI 48037-0513 |
| 14609349 | | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:29 | JC Penney, Box960090, Orlando, FL 32896-0090 |
| 14609351 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 16 2021 23:39:37 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14621474 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2021 23:39:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14617037 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2021 23:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14621051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 23:39:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14609352 | | Email/Text: bankruptcy@rarogersinc.com | Sep 16 2021 23:37:00 | RA Rogers, PO Box 3302 Box 3302, Crofton, MD 21114-0302 |
| 14621673 | + | Email/Text: bankruptcy@rarogersinc.com | Sep 16 2021 23:37:00 | RA Rogers INC, Po Box 3302, Crofton 21114-0302 |

| | | | |
|---|---|---|---|
| 14609354 | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:33 | Syncb/Amazon, Box 965015, Orlando, FL 32896-5015 |
| 14609355 | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:33 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 14609356 | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:33 | Syncb/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 14609358 | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:37 | Syncb/Old Navy, Box 965005, Orlando, FL 32896-5005 |
| 14609357 | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 23:39:29 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14609362 | Email/Text: BKRMailOps@weltman.com | Sep 16 2021 23:37:00 | Weltman, Weinberg & Reis, 965 Keynote Cir, Cleveland, OH 44131-1829 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

**Name**          **Email Address**

LYNN E. FELDMAN
　　on behalf of Debtor Kathleen M Lambert feldmanfiling@rcn.com

REBECCA ANN SOLARZ
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kathleen M Lambert
        Debtor(s)

Chapter: 13
Bankruptcy No: 21−11438−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 16th day of September, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Patricia M. Mayer
                              Judge ,
                              United States Bankruptcy Court

17
Form 155