| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-11438-PMM

Kathleen M Lambert  
961 E Union St  
Allentown  PA  18109-2660

Petition Filed Date: 05/20/2021  
341 Hearing Date: 06/22/2021  
Confirmation Date: 09/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/08/2021 | $100.00 | | 07/12/2021 | $100.00 | | 08/10/2021 | $100.00 | |
| 09/10/2021 | $100.00 | | 10/12/2021 | $100.00 | | 11/08/2021 | $100.00 | |
| 12/09/2021 | $100.00 | | 01/10/2022 | $100.00 | | 02/09/2022 | $100.00 | |
| 03/09/2022 | $100.00 | | 04/11/2022 | $100.00 | | 05/09/2022 | $100.00 | |
| 06/14/2022 | $100.00 | | 07/12/2022 | $100.00 | | | | |

**Total Receipts for the Period: $1,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | VALLEY NATIONAL BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $7,611.89 | $50.92 | $7,560.97 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $2,032.11 | $0.00 | $2,032.11 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $5,874.97 | $26.39 | $5,848.58 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,872.31 | $0.00 | $1,872.31 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,067.04 | $0.00 | $1,067.04 |
| 9 | PEOPLE FIRST CU<br>»» 009 | Unsecured Creditors | $7,612.44 | $50.94 | $7,561.50 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,097.21 | $20.73 | $3,076.48 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $8,475.60 | $56.70 | $8,418.90 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $560.08 | $0.00 | $560.08 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $3,644.71 | $16.37 | $3,628.34 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 21-11438-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,222.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $3,600.00 |
| Funds on Hand: | $57.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.