| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-11438-PMM

| | |
|---|---|
| Kathleen M Lambert | Petition Filed Date: 05/20/2021 |
| 961 E Union St | 341 Hearing Date: 06/22/2021 |
| Allentown  PA  18109-2660 | Confirmation Date: 09/16/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $100.00 | | 09/09/2022 | $100.00 | | 10/12/2022 | $100.00 | |
| 11/09/2022 | $100.00 | | 12/12/2022 | $100.00 | | 01/11/2023 | $100.00 | |
| 02/09/2023 | $100.00 | | 03/09/2023 | $100.00 | | 04/12/2023 | $100.00 | |
| 05/09/2023 | $100.00 | | 06/12/2023 | $100.00 | | 07/11/2023 | $100.00 | |

**Total Receipts for the Period: $1,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | VALLEY NATIONAL BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $7,611.89 | $250.96 | $7,360.93 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $2,032.11 | $53.78 | $1,978.33 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $5,874.97 | $180.95 | $5,694.02 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,872.31 | $49.57 | $1,822.74 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,067.04 | $32.91 | $1,034.13 |
| 9 | PEOPLE FIRST CU<br>»» 009 | Unsecured Creditors | $7,612.44 | $251.04 | $7,361.40 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,097.21 | $102.15 | $2,995.06 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $8,475.60 | $279.46 | $8,196.14 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $560.08 | $16.02 | $544.06 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $3,644.71 | $112.23 | $3,532.48 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 21-11438-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,329.07 | Arrearages: | ($100.00) |
| Paid to Trustee: | $229.00 | Total Plan Base: | $3,600.00 |
| Funds on Hand: | $141.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.