United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-11438-pmm
Kathleen M Lambert | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: May 29, 2024      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kathleen M Lambert, 961 E Union St, Allentown, PA 18109-2660 |
| 14609346 | | CBALV/ People First FCU, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14612532 | + | Freedom Mortgage Corporation, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609350 | | Jeff Lambert, 961 E Union St, Allentown, PA 18109-2660 |
| 14621674 | + | PEOPLE FIRST CU, Ra Rogers Inc, Po Box 3302, Crofton, MD 21114-0302 |
| 14609361 | + | Valley National Bank, 1445 Valley Rd, Wayne, NJ 07470-8438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 29 2024 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14609344 | | Email/Text: legal@arsnational.com | May 29 2024 23:57:00 | ARS National Services, 201 W Grand Ave, Escondido, CA 92025-2603 |
| 14609345 | | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2024 23:57:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14609347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:19 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14610213 | + | Email/Text: ebnnotifications@creditacceptance.com | May 29 2024 23:57:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14609348 | | Email/Text: ebnnotifications@creditacceptance.com | May 29 2024 23:57:00 | Credit Acceptance Corporation, PO Box 513, Southfield, MI 48037-0513 |
| 14805142 | + | Email/Text: EBN@brockandscott.com | May 29 2024 23:57:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14705824 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 23:57:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14805143 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 23:57:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14609349 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:31 | JC Penney, Box960090, Orlando, FL 32896-0090 |
| 14609351 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 00:08:33 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14618735 | + | Email/Text: RASEBN@raslg.com | May 29 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14621474 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14617037 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14621051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14609352 | | Email/Text: bankruptcy@rarogersinc.com | May 29 2024 23:58:00 | RA Rogers, PO Box 3302 Box 3302, Crofton, MD 21114-0302 |
| 14621673 | + | Email/Text: bankruptcy@rarogersinc.com | May 29 2024 23:58:00 | RA Rogers INC, Po Box 3302, Crofton 21114-0302 |
| 14621244 | | Email/Text: bankruptcy@roundpointmortgage.com | May 29 2024 23:57:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14609353 | ^ | MEBN | May 29 2024 23:55:24 | Roundpoint Mortgage, Attn: Correspondences, PO Box 19409, Charlotte, NC 28219-9409 |
| 14609354 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:45 | Syncb/Amazon, Box 965015, Orlando, FL 32896-5015 |
| 14609355 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:12 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 14609356 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:19 | Syncb/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 14609358 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:47 | Syncb/Old Navy, Box 965005, Orlando, FL 32896-5005 |
| 14609357 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:19:05 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14609359 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14609360 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:46 | THD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14614993 | | Email/Text: AKYNAST@VALLEY.COM | May 29 2024 23:57:00 | Valley National Bank, PO Box 953, Wayne, NJ 07474 |
| 14609362 | | Email/Text: BKRMailOps@weltman.com | May 29 2024 23:58:00 | Weltman, Weinberg & Reis, 965 Keynote Cir, Cleveland, OH 44131-1829 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

Date: May 31, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

LYNN E. FELDMAN
on behalf of Debtor Kathleen M Lambert feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN R. STARKS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kathleen M Lambert

    Debtor(s)

Case No: 21−11438−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/29/24

34 − 32
Form 138OBJ